QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL SHAUN PILLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-03-217 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL SHAUN PILLEY, | ) | |
| Defendant. | ) | Judge:   Hon. Garland E. Burrell |

After a hearing on the matter on May 27, 2005, the previous modification of the conditions of supervised release (submitted on March 29, 2005 and signed by the Court on April 4, 2005) is hereby modified.  The condition should read:

With the exception of the offender's minor brother, the offender shall have no direct or indirect contact with children under the age of 18 unless in the company of a responsible adult and/or approved by the probation office in advance.

///

The defendant is not to loiter within 100 feet of school yards, playgrounds, arcades, or other places primarily used by children under the age of 18.

Dated:  June 9, 2005

                                              /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge