UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                                   RE:    Michael Shaun PILLEY, II
                                           Docket Number:   2:03CR00217-01
                                           **LETTER TO EMPLOYER**

Your Honor:

On October 1, 2004, the above named offender was sentenced to 24 months Bureau of Prisons and a 36 month term of supervised release for a violation of 18 USC 2252(a)(5)(B) - Knowingly Possessing Images of Child Pornography.  One of the offender's special conditions, as a result of this conviction, is that he receive sex offender treatment. Presently, the offender is employed full-time at Benicia Fabrications as a bundle helper. Once a week he must leave work to attend sex offender treatment.  Consequently, the offender has requested this officer write a letter to his employer indicating the offender is in  treatment and needs to be excused from work to attend treatment once a week.  The offender, however, requested that this officer not specify what kind of treatment.  Because the offender's job does not require a third-party notification of his instant offense, this officer would only indicate that the offender is in treatment and is required to attend once a week.

If you have any questions, please feel free to contact me at (916) 930-4308

                                            Respectfully submitted,

                                            /s/Matthew M. Faubert
                                            **MATTHEW M. FAUBERT**
                                            **United States Probation Officer**

Dated:        November 14, 2007
                 Sacramento, California

**RE:** Michael Shaun PILLEY, II
      Docket Number:   2:03CR00217-01
      <u>LETTER TO EMPLOYER</u>


MMF/cp


**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**


cc:   Samuel Wong
      Assistant United States Attorney

      Linda C. Harter
      Defense Counsel


_____


AGREE: ___X_____              DISAGREE: _____

Dated:  November 21, 2007

```
GARLAND E. BURRELL, JR.
United States District Judge
```