**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                                              **RE:   Michael Shaun PILLEY, II
                                                      Docket Number:   2:03CR00217-01
                                                      LETTER TO COURT**

Your Honor:

On October 1, 2004, the above named offender was sentenced to 24 months Bureau of Prisons and a 36 month term of supervised release for a violation of 18 USC 2252(a)(5)(B) - Knowingly Possessing Images of Child Pornography.

Presently, the offender's girlfriend, Theresa Beebe, is going through a custody battle with her ex-husband over visitation rights with her 6 year old son.   She is attempting to gain permission from the court to allow her visitation with her six year old son at the offender's residence, where she also resides.  The court handling Ms. Beebe's child custody case was informed by Ms. Beebe's ex-husband that the offender is on supervision for Knowingly Possessing Images of Child Pornography.  Consequently, the court has declined to allow Ms. Beebe's son to visit at the offender's home.  Ms. Beebe is requesting that this officer write a letter to the court indicating that the offender has no history of being a perpetrator of child molest, and according to the presentence report and psychological report, this appears to be the case.

This officer has no objection to writing a letter to the court indicating only that, according to the presentence report and the psychological report, there was no history that the offender was a perpetrator of child molest.  The offender has consented to this disclosure.

If you have any questions, please feel free to contact me at (916) 930-4308

1

**RE:**   Michael Shaun PILLEY, II
          Docket Number:   2:03CR00217-01
          <u>LETTER TO COURT</u>

                              Respectfully submitted,


                              /s/Matthew M. Faubert
                              **MATTHEW M. FAUBERT**
                              **United States Probation Officer**

Dated:     November 14, 2007
           Sacramento, California
           MMF/cp


**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**


cc:    Samuel Wong
       Assistant United States Attorney

       Linda C. Harter
       Defense Counsel


_____


AGREE: _X_____          DISAGREE: _____

Dated:  November 21, 2007

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

**RE:    Michael Shaun PILLEY, II
        Docket Number:   2:03CR00217-01
        <u>LETTER TO COURT</u>**